# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **OROSTREAM LLC,**<br><br>        Plaintiff,<br>v.<br><br>**ABS-CBN INTERNATIONAL**,<br><br>        Defendant. | CIVIL ACTION NO. 2:15-cv-248-JRG<br><br>**PATENT CASE**<br><br>**(LEAD CASE)** |
| **v. AOL INC.**<br>        Defendant. | CIVIL ACTION NO. 2:15-cv-249-JRG<br>(CONSOLIDATED) |

## ORDER DISMISSING AOL INC. WITHOUT PREJUDICE

The Notice of Voluntary Dismissal of AOL Inc. Without Prejudice (Dkt. No. 32) of all claims asserted between Plaintiff Orostream LLC and Defendant AOL Inc. is GRANTED,

It is therefore ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit between Plaintiff Orostream LLC and Defendant AOL Inc. are hereby DISMISSED WITHOUT PREJUDICE.

It is further ORDERED that all costs, expenses and attorneys' fees are to be borne by the party that incurred them.

IT IS SO ORDERED.

**So Ordered and Signed on this**

**May 7, 2015**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE